```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| GREEK ORTHODOX COMMUNITY OF<br>NEW ORLEANS, HOLY TRINITY<br>CATHEDRAL | CIVIL ACTION |
| VERSUS | NO: 08-4839 |
| SUNRISE DEVELOPMENT, INC. ET AL. | SECTION: R(5) |

## ORDER

Before the Court is plaintiff Greek Orthodox Community of New Orleans, Holy Trinity Cathedral's motion for a temporary restraining order. (R. Doc. 2). A temporary restraining order may only be granted if there is (1) a substantial likelihood of success on the merits; (2) a substantial threat that the movant will suffer irreparable injury if the injunction is denied; (3) the threatened injury to the movant outweighs the harm the injunctive relief will cause the opponent; and (4) the injunctive relief will not disserve the public interest. *EEOC v. Cosmair, Inc.*, 821 F.2d 1085, 1088 (5th Cir. 1987); *Gerhart Industries v.*

*Smith Int'l, Inc.*, 741 F.2d 707, 710 (5th Cir. 1984).  If the plaintiff fails to carry its burden as to any one of these factors, injunctive relief cannot be granted.  *See Enterprise Int'l Inc. v. Corp. Estatal Petrolera Ecautoriana*, 762 F.2d 464, 472 (5th Cir. 1985).  For the reasons stated in conference on November 12, 2008, the Court finds that plaintiff has not shown either a likelihood of success on the merits or the threat of irreparable injury.  Consequently, plaintiff's motion is denied.

New Orleans, Louisiana, this __14th__ day of November, 2008

_____*Sarah Vance*_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE